### COMMONWEALTH *v.* M. D. HARDIN.

**Criminal Law—Intoxicating Liquors.**
    Where the proprietor of a place where intoxicating liquors are sold was present and saw his bartender sell liquor in violation of law he is guilty the same as if making the sale himself.

#### APPEAL FROM WAYNE CIRCUIT COURT.

September 5, 1876.

OPINION BY JUDGE COFER:

The court erred in not permitting the witness, Tuttle, to answer whether, at any time within twelve months before the finding of the indictment, he had purchased spirituous liquors in defendant's saloon, in the defendant's presence, from his bartender.

If the defendant was present and saw his bartender sell to the witness, he is legally guilty as though he had sold the liquor himself.

Judgment *reversed,* and cause remanded for further proceedings.

*George Denny, for appellant.   T. E. Moss, for appellee.*